IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMIE L. CRULL,

        Plaintiff,   :   Case No. 3:10-cv-254

- vs -   :   District Judge Walter Herbert Rice
       Magistrate Judge Michael R. Merz

WILLIAM ZIMMERMAN, JR.,   :

        Defendant.   :

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz on Motion for Reconsideration (Doc. #4), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on July 16, 2010, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that the Complaint herein be, and it is hereby dismissed without prejudice for lack of subject matter jurisdiction.

July 22, 2010.

                                                          Walter Herbert Rice
                                                          United States District Judge